CHAMBER COPY
FILED
OCT 07 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Midtown Gas and Food Mart, LLC**, a California Limited Liability Company, <br><br> Defendant | Case: 2:14-CV-01117-JAM-DAD <br><br> ~~PROPOSED~~ **ORDER Granting Plaintiff's Motion for Summary Judgment Against Defendant** |

Plaintiff's motion for summary judgment came on for hearing before this Court, Mark Potter appearing for Plaintiff, Michael Welch appearing for Defendant. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, it is hereby ORDERED that Plaintiff's motion for summary judgment is GRANTED.

Dated: 10/6/2015      By: _____
                         John A. Mendez
                         United States District Judge