1 CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
2 Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
3 <u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
4 <u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
5 (858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com
6
Attorneys for Plaintiff
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Midtown Gas and Food Mart, LLC.,** et al., <br><br> Defendants. | No. 2:14-cv-01117-JAM-DB <br><br> **REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION AND ORDER THEREON** |

1. I, the undersigned, am an attorney licensed to practice law by the State Bar of California and admitted to the District Courts of California. I am an attorney of record for the Plaintiff Scott Johnson and, in that capacity, I am familiar with this matter.

2. The debtor examination for Midtown Gas and Food Mart LLC (CEO Amrik Singh Sohal) is scheduled on 8/16/19. The law requires an examinee to be personally served 10 days before examination. As Creditor had not been able to obtain effective service we are requesting a continuance to obtain service on the examinee.

3. I request that this matter be continued 90 days to allow us to obtain effective service and conduct the examination.

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

---

STIPULATION AND ORDER TO CONTINUE THE JUDGMENT DEBTOR EXAMINATIONS OF MARKER OIL COMPANY, INC. AND BILLY LEON MARKER, JR.

Dated: August 13, 2019                                    CENTER FOR DISABILITY ACCESS

By: /s/ Dennis Price

Dennis Price
Attorneys for Plaintiff

**ORDER**

Having read the foregoing request, and good cause appearing, IT IS HEREBY ORDERED that the Debtor Examination RE: Enforcement of Judgment of Midtown Gas and Food Mart LLC (CEO Amrik Singh Sohal) is continued from 8/16/19 to 11/15/19, at 9:30 am in Courtroom 27, 501 I Street, Sacramento, CA 95814.

DATED: August 14, 2019              /s/ DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE